IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN REIGROD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOE'S KITCHEN, INC., GREG DOLLARHYDE, KEVIN MILES, THOMAS BALDWIN, SUE COLLYNS, CORDIA HARRINGTON, AND ALEC TAYLOR,<br><br>Defendants. | Case No. 1:18-cv-01536-MN<br><br>Judge Maryellen Noreika |

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 27, 2018

| | |
|---|---|
| **OF COUNSEL**: | **COOCH AND TAYLOR, P.A.** |
| **MONTEVERDE & ASSOCIATES PC**<br>Juan E. Monteverde<br>The Empire State Building<br>350 Fifth Avenue, Suite 4405<br>New York, New York 10118<br>Tel: 212-971-1341<br>Fax: 212-202-7880 | */s/ Blake A. Bennett*<br>Blake A. Bennett (#5133)<br>The Brandywine Building<br>1000 West Street, 10th Floor<br>Wilmington, DE 19801<br>(302) 984-3800<br><br>*Attorneys for Plaintiff, Jonathan Reigrod* |